# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| LAURENCE G. KESSLER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EQUIFAX INFORMATION SERVICES, LLC )<br>TRANS UNION, LLC, and )<br>PALISADES COLLECTION, LLC, )<br>)<br>Defendants. ) | Civil Action No. 3:10cv513 |

### NOTICE OF APPEARANCE

PLEASE NOTE the appearance of Ethan G. Ostroff on behalf of Defendant Palisades Collection, LLC as counsel herein for all purposes in this matter.


Dated: August 27, 2010                              PALISADES COLLECTION, LLC


                                                     By:      /s/ Ethan G. Ostroff


John C. Lynch (VSB # 39267)
Ethan G. Ostroff (VSB # 71610)
Counsel for Palisades Collection, LLC
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7541
Facsimile: (757) 687-1541
E-mail: john.lynch@troutmansanders.com
E-mail: ethan.ostroff@troutmansanders.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| LAURENCE G. KESSLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:10cv513 |
| ) | |
| EQUIFAX INFORMATION SERVICES, LLC, *et al*. ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of August, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

**Counsel for Plaintiff Laurence G. Kessler**
Leonard A. Bennett
Consumer Litigation Associates, P.C.
12515 Warwick Blvd., Suite 100
Newport News, VA 23606
Email: lenbennett@cox.net

**Counsel for Defendant Equifax Information Services, LLC**
John W. Montgomery , Jr.
Montgomery & Simpson, LLLP
2116 Dabney Road, Suite A-1
Richmond, VA 23230
Email: jmontgomery@jwm-law.com

    /s/ Ethan G. Ostroff
Ethan G. Ostroff (VSB # 71610)
Counsel for Palisades Collection, LLC
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7541
Facsimile: (757) 687-1541
E-mail: ethan.ostroff@troutmansanders.com

405392v1

2